AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| UNWIRED PLANET, LLC, a Nevada limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> APPLE, INC., a California corporation, <br><br> *Defendant(s)* | Civil Action No.  3:12-cv-505-RCJ-VPC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  APPLE, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael D. Rounds, Esq.
Watson Rounds
5371 Kietzke Lane
Reno, NV 89511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson

Clerk

*/s/ Lance S. Wilson*

September 20, 2012

Date

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

UNWIRED PLANET, LLC, A NEVADA
LIMITED LIABILITY COMPANY

Case No:3:12-CV-505-RCJ-VPC

Plaintiff,

vs.

APPLE, INC., A CALIFORNIA
CORPORATION

Defendant



### AFFIDAVIT OF SERVICE

STATE OF NEVADA
COUNTY OF CARSON CITY     ss.:

**WADE MORLAN**, being duly sworn says: That at all times herein affiant was and is a citizen of the United States over 18 years of age, not a party to nor interested in the proceedings in which this affidavit is made.

The affiant received copy(ies) of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET** on **10/09/2012** and served the same on **10/09/2012** at **2:34 PM** by delivering and leaving a copy with:

**ALENA DUGGAN, PROCESS SPECIALIST**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of **THE CORPORATION TRUST COMPANY OF NEVADA**, resident agent for **APPLE, INC., A CALIFORNIA CORPORATION**, at the registered address of:

**Service address: 311 S. DIVISION ST, Carson City, NV 89703**

A description of **ALENA DUGGAN** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | Caucasian | Brown | 20-30 | 5ft4in-5ft8in | 161-200 lbs |
| Other Features: | | | | | |

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Sworn to and subscribed before me on
10/10/2012
by WADE MORLAN

Notary Public



X_____
WADE MORLAN
Registration#: R-006823
Reno/Carson Messenger Service, Inc. (Lic# 322)
185 Martin Street
Reno,NV 89509
775.322.2424
Atty File#: 5773.02

*16714*