```
FILED ___         ___ RECEIVED
ENTERED ___       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

       OCT 2 4 2012

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8340
Facsimile: (702) 949-8374

E. Leif Reid
Nevada Bar No. 5750
LReid@LRLaw.com
LEWIS AND ROCA LLP
50 West Liberty Street
Suite 410
Reno, NV 89501-1922
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

Josh Krevitt
(Will comply with LR IA 10-2 within 45 days)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Fax: 212.351.4035

H. Mark Lyon
(Will comply with LR IA 10-2 within 45 days)
Y. Ernest Hsin
(Will comply with LR IA 10-2 within 45 days)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Fax: 650.849.5333

Attorneys for Defendant Apple Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-00505-RCJ-VPC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(First Request) |

-1-

3155820.1

1  WHEREAS, Plaintiff Unwired Planet, LLC commenced this action by filing a Complaint for Patent Infringement ("the Complaint") on September 19, 2012, in the United States District Court for the District of Nevada;

WHEREAS, Defendant Apple was served with the Complaint on October 9, 2012, and must currently answer, move, or otherwise respond to the Complaint on or before October 30, 2012;

WHEREAS, the Complaint covers ten asserted patents and multiple accused products and technologies; and

WHEREAS, a short extension of time for Apple to respond to the Complaint will allow Apple the time necessary to analyze its potential defenses and to prepare and file a response to the allegations in the Complaint;

ACCORDINGLY, Plaintiff Unwired Planet, LLC and Defendant Apple Inc. hereby stipulate that Defendant Apple Inc.'s time to answer, move, or otherwise respond to the Complaint shall be extended by 30 days to November 29, 2012.

Dated: this 23rd day of October, 2012.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, NV 89169-5996
Telephone: (702) 949-8340
Facsimile: (702) 949-8374

E. Leif Reid
Nevada Bar No. 5750
LReid@LRLaw.com
LEWIS AND ROCA LLP
50 West Liberty Street
Suite 410
Reno, NV 89501-1922
Telephone: (775) 321-3415
Facsimile: (775) 823-2929

Josh Krevitt

By: /s/ John M. Shumaker
Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

3155820.1

| | | |
|---|---|---|
| 1 | (Will comply with LR IA 10-2 within 45 days)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue | Kevin Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com |
| 2 | New York, NY 10166-0193<br>Telephone: 212.351.4000 | Pierre Hubert<br>Texas State Bar No. 24002317 |
| 3 | Fax: 212.351.4035 | phubert@mckoolsmith.com<br>John M. Shumaker |
| 4 | H. Mark Lyon | Texas State Bar No. 24033069 |
| 5 | (Will comply with LR IA 10-2 within 45 days)<br>Y. Ernest Hsin | jshumaker@mckoolsmith.com<br>MCKOOL SMITH, P.C. |
| 6 | (Will comply with LR IA 10-2 within 45 days)<br>GIBSON, DUNN & CRUTCHER LLP | 300 W. 6th St., Suite 1700<br>Austin, Texas 78701 |
| 7 | 1881 Page Mill Road<br>Palo Alto, CA 94304-1211 | Telephone: (512) 692-8700<br>Fax: (512) 692-8744 |
| 8 | Telephone: 650.849.5300<br>Fax: 650.849.5333 | Attorneys for Plaintiff Unwired Planet, LLC |
| 9 | Attorneys for Defendant Apple Inc. | |

IT IS SO ORDERED:

*/s/ Valerie P. Cooke*

United States Magistrate Judge

DATED: *October 23, 2012*

3155820.1