# Exhibit 1

# Exhibit 1



# White Paper – infiniteMASS™

# Ellipsus' Mobile Application Server Suite

### The complete solution

The infiniteMASS™ Mobile Application Server Suite is a comprehensive software solution to extend the reach of enterprise information assets to mobile users. For the business just getting started, infiniteMASS is a comprehensive J2EE application server environment with a wireless gateway, toolkits and software adapters to simplify development and delivery of content to mobile users. For the enterprise that has invested in e-commerce, relationship management, or portal technology, infiniteMASS adapts to your application server environment, enabling mobile access to your business.

Information displayed by an Internet browser must first be decoded from the "standard" format in which the Internet server transmitted it.  In the wired Internet world, where computer capability is powerful, and display terminals share a common capability, the universal format is HTML. However, the mobile Internet world, things are not nearly so homogenous. Devices range from limited cellular handsets to comparatively powerful personal digital assistant (PDA) devices, with bigger display capabilities and computing power. Furthermore, manufacturers of these devices are continuously introducing new models which, while more power-ful, often include distinguishing features unique to the manufacturer. To add a further complication, the wireless protocol used to communicate with the device also varies. The result is that the process of presenting content in a manner that is meaningful and convenient-so simple in the wired world-is quite complex for the mobile world.  It is the function of infiniteMASS to deliver content appropriately matching a device's capability and wireless protocol. This greatly simplifies the process of extending the enterprise reach to the mobile user.



*Linking users with content*

infiniteMASS is positioned in the enterprise information technology (IT) infrastruc-ture between the content server and the wireless network, and links end users with the content.  The content can be delivered to the largest possible user population, since infiniteMASS provides the bridge between the multitude of mobile devices and a content source, such as an enterprise portal or e-commerce server. This is possible since infiniteMASS supports both the content formatting and wireless com-munication protocol functionality, providing a number of "distribution channels" between a content source and users. This also enables true end-to-end security between the content source and destination device.

*Full control of the communication chain*

With infiniteMASS as part of its IT own infrastructure, the content provider maintains direct control over the process of content delivery. Alternatives such asout-sourcing content delivery to a wireless application server provider reduce enterprise flexibility and security.

*From source to destination*

There are numerous suppliers of partial solutions to the challenge of delivering content to the mobile user.  Some suppliers provide content management tools, such as databases or XML tools. Others supply a wireless gateway. Only infiniteMASS provides the complete solution, adaptive to the current IT infrastructure.

1

## Distinguishing features

The Ellipsus infiniteMASS Mobile Application Server Suite is designed for mission-critical enterprise applications, where performance, reliability, and security are absolute requirements. infiniteMASS offers much more than just a gateway between the wired and wireless world.
Distinguishing features include:

*Multi-platform support*  
infiniteMASS has been developed in 100% Java™. As a result, infiniteMASS can be deployed on any enterprise computing platform that supports the Java 2 Platform Enterprise Edition (J2EE).

*Multi-device support*  
With infiniteMASS the same content can be presented to users operating a wide variety of devices, with new devices supported as they are introduced. Your information assets can reach the largest potential audience.

*Topology freedom*  
The infiniteMASS architecture can be deployed on a single or multi-host cluster, providing the benefits of system uptime and scaling to meet transaction growth.

*Enterprise Application Adapters*  
infiniteMASS includes adapters for enterprise application integration standards such as CORBA, SOAP, Java RMI, and EJB. It greatly facilitates exposing the distributed objects in the enterprise IT environment to the mobile user. An added benefit comes from efficient communications, allowing the mobile device to transmit and receive data less frequently, extending useful battery life.

*End-to-end security*  
infiniteMASS provides full implementation of the wireless transport layer security (WTLS) for privacy, data integrity and user authentication for security. This protects enterprise content for business-sensitive applications.

*Application Provisioning Interface*  
"Application provisioning" is a new concept that describes the administration and deployment of applications and other special content to Java-enabled mobile devices. Ellipsus supports the complex requirements of application provisioning in its infiniteMAP mobile application provisioning product. The infiniteMASS product includes a robust interface that allows seamless integration of the infiniteMAP providing the enterprise with a total wireless solution.

### Services

InfiniteMASS bundles a number of services that are extremely useful to the mobile application developer. The illustration shows these services, and the hierarchal relationship of the product components.



*Exposing services*

| | |
|---|---|
| *Supporting Services* | infiniteMASS includes a number of supporting services for system administration:<br>• **System management**. There is a single point of entry to the system for configuration, monitoring, and troubleshooting activities.<br>• **Log**. The log service accepts events from all system resources. Events are classified as information, warnings, errors, and failures. The system manager service is capable of configuring the event level for each resource.<br>• **User management**. Users are qualified for authorization to content. Authorization for legacy systems can be accomplished using industry-standard methodologies such as Lightweight Directory Access Protocol (LDAP). |
| *Content Publishing* | This service matches device type with appropriate content and presentation. XML and XML style sheets are the primary tools used by this service, resulting in device-specific content encoding and presentation. |
| *Enterprise Application Adapters - EAA* | The EAA service enables mobile access to legacy application systems through its adapter infrastructure. This capability allows developers and integrators to use familiar technologies for distributed computing in an exciting new way. The EAA service supports industry standards for object-oriented distributed computing such as the Common Object Request Broker Architecture (CORBA), Java Remote Method Invocation (RMI), Enterprise Java Beans (EJB), and Simple Object Access protocol (SOAP). With this service, legacy systems can expose objects to the mobile client, making possible the creation of flexible and dynamic interfaces with improved system responsiveness. |
| *Office* | **The office service supports the following functions:**<br>• **E-mail**. infiniteMASS can be connected to a corporate e-mail server, giving access to the mobile user.<br>• **Contacts**. The corporate Microsoft Exchange database can be accessed through the office service.<br>• **Calendar**. The mobile user can also access the Microsoft Exchange calendar database remotely. |

| | |
|---|---|
| *Chat* | The chat service provides a mobile connection to ICQ online communication network. |
| *Pull* | The pull service provides a device-independent version of the traditional web model of user-initiated content display. |
| *Push* | The push service implements the WAP V1.2 push access protocol. This allows infiniteMASS to serve as an access point where content can be distributed to mobile devices under control of the server, rather than only when requested by the user. Push mechanisms are available in the form of Service Indication and Service Loading. |
| *SMS* | The SMS service implements Short Message Service, providing a channel to communicate content to mobile users using a standard SMS service. This makes it possible to convert and transmit content to SMS-enabled mobile devices that do not support WAP or similar mobile Internet protocols. The service also allows mobile devices to send SMS messages, converting them to markup language for further processing. |
| *Mobile location* | The mobile location service, based on the Mobile Positioning System (MPS) by Ericsson AB, allows the geographic position of mobile users to be determined. MPS works with existing GSM networks and standard mobile handsets. The location service is a tool for delivering personalized content to mobile users. |
| *Interactive application* | This service offers a messaging platform for interactive online applications where information is exchanged between the participating clients in real time. An example of when this service might be used is online games where contestants compete against each other. |

Clearly, infiniteMASS is feature rich, and provides the enterprise and developer enormous flexibility for delivering content to a new segment of the population- the Internet-enabled mobile user. With an architecture that is best summarized as adaptive, with infiniteMASS it is possible to focus on the business mission, and not worry about challenges the multitude of devices, protocols, and legacy integration that face the enterprise IT professional today.

**About Ellipsus System**

Ellipsus Systems develops, markets, and supports a suite of universal, platform neutral middleware products that dynamically provision and manage applications and content to a wide range of consumer mobile device types. Through its highly regarded mobile application provisioning technology and infinite suite of software products, Ellipsus enables mobile operators and enterprises to extend their reach to the mobile Internet by leveraging existing infrastructure with secure, scalable and open solutions. Founded in 1999, Ellipsus Systems, Inc. is a closely-held Delaware corporation with corporate and North American headquarters in Dallas, Texas, and sales and engineering offices in Sweden.



www.ellipsus.com • info@ellipsus.com • wap.ellipsus.com

**Corporate Headquarters, Dallas:** Ellipsus Systems Inc • P.O. Box 797525 • Dallas, TX 75379-7525, USA
Phone: +1-214-228-6252

**Nordic Sales Office, Stockholm:** Ellipsus Systems AB • Ringvägen 100 C • SE-118 60 Stockholm, Sweden
Phone: +46 (0)8-556 97 330 • Fax: +46 (0)8-556 97 339

**Engineering Center, Växjö:** Ellipsus Systems AB • Regementsgatan 9 • SE-352 36 Växjö, Sweden
Phone: +46 (0)470-73 71 60 • Fax: +46 (0)470-73 71 61

© Ellipsus Systems, Inc. All rights reserved. The Ellipsus logo is a trademark of Ellipsus Systems.

Java and all Java-based marks are trademarks or registered trademarks of Sun Microsystems, Inc. in the U.S. and other countries. Other trademarks are property of their respective owners.
011018