# Exhibit 3

# Exhibit 3

# Ellipsus Systems Unveils First 100%-Java Wireless Web Services Platform

### infiniteMASS Extends the Enterprise over the Mobile Internet

Ellipsus Systems, a leader in mobile data communication services and technologies, today unveiled its infiniteMASS mobile application server suite at the JavaOne Developers Conference. infiniteMASS eliminates a major hurdle in the growth of the mobile Internet through the first truly end-to-end Java platform that dynamically provisions mobile applications. "The mobile Internet has opened the door to endless opportunity for enterprises with mobile workforces and customers.

Until now, the growth of wireless applications has been challenged by the enormous diversity of mobile devices, and the complex issues involved with integrating legacy data and applications," said Rikard Kjellberg, Chief Technology Officer of Ellipsus. "infiniteMASS is the first comprehensive wireless Web services platform. It will help turn the promise of the mobile Internet into a reality." infiniteMASS is designed to help enterprises and service providers deliver applications and content to an ever-growing number of mobile workers and consumers. As wireless communications untethers the workforce from the office and consumers are increasingly on the go, ubiquitous access to corporate systems, customer relationship management (CRM) and m-commerce is becoming an expectation. Based on a unique patent pending peer-to-peer (P2P) architecture, infiniteMASS ensures a highly scalable, carrier class server platform that supports tens of thousands of users concurrently, on a global scale.

Its 100 percent Java architecture supports a unique application provisioning capability that enables the delivery of data and applications based on dynamic characteristics such as device type, user profile and location. It offers comprehensive support, including end-to-end security, for wireless application protocol (WAP) 1.2, and planned support for emerging standards such as iMode, WAP 2.0, and Java-based mobile devices. It provides content management support based on XML, and support for all major middleware EAI standards and initiatives. Demo versions of InfiniteMASS are now available at http://www.ellipsus.com.

[ Home | Contact | MobiChat | Experts database | Let's do it ]

Comments to the content of this page can be posted on the MobiChat discussion group

