# Exhibit 6

# Exhibit 6

# USING THE UP.BROWSER

Version 1.0.1

**UNWIRED PLANET, INCORPORATED**
390 Bridge Parkway
Redwood Shores, California 94065
USA

Part Number UPBR-101-DOC

August 1996



## Important Notice

Copyright 1996, Unwired Planet, Inc.
Copyright 1994-1996, Netscape Communications Corporation.
Copyright 1994-1996, Oracle Corporation.
All rights reserved.

Unwired Planet, the Unwired Planet Included logo, UP.Link, UP.Mail, UP.SDK, UP.Phone, UP.Browser, UP.Pager, and HDML are trademarks of Unwired Planet, Inc. Data Broadcasting Corporation is a registered trademark and DBC is a trademark of Data Broadcasting Corporation. Netscape Communications, the Netscape Navigator Included logo, Netscape Navigator, and Netscape are trademarks of Netscape Communications Corporation. Oracle is a registered trademark and Oracle7 is a trademark of Oracle Corporation. All other trademarks and copyrights are the property of their respective owners.

# Contents

About the UP.Browser   1
   How the browser accesses the UP.Link server   1
Getting started   2
   To turn on the phone   2
   To start the UP.Browser   2
   To return to voice mode   2
Quick tour   3
   The display   4
   The softkeys   4
   The navigation keys   5
   The numeric keys   5
Navigating cards   6
   Using directories and bookmarks   7
   To create a bookmark   8
   To go to a bookmark   8
   To rename a bookmark   8
   To delete a bookmark   9
   Understanding cache behavior   9
Entering text   9
   Capitalization   11
   Punctuation and special characters   11
Accessing utilities from the menu   12
Troubleshooting   13

# Using the UP.Browser

This manual describes how to use the UP.Browser™ on the PCSI PAL cellular phone. The PCSI PAL is an UP.Phone™ providing wireless access to a wide array of services using the Unwired Planet™ UP.Link™ platform.

## About the UP.Browser

The UP.Browser lets you access UP.Link services through data-capable networks, such as the Internet and corporate intranets, using an UP.Phone. UP.Link services allow you to check weather forecasts, retrieve stock quotes, check movie theater schedules, and access other useful services.

## How the browser accesses the UP.Link server

The UP.Browser uses a Cellular Digital Packet Data (CDPD) network to access the UP.Link server. CDPD is a method of transmitting data across cellular networks. To use the UP.Browser, you need to have CDPD coverage in your area. For information about CDPD coverage in your area, contact your cellular service provider.

When you start the UP.Browser, the UP.Phone attempts to establish communication with the CDPD network. If successful, the CDPD icon appears on the top line of the display and the browser is ready to use.



The CDPD icon indicates that you have CDPD coverage.

## Getting started

**IMPORTANT** If you don't see the CDPD icon after about 15 seconds, then you are most likely out of range for CDPD coverage. If the problem persists, contact your cellular service provider.

### Getting started

This section tells you how to turn on the UP.Phone, start the UP.Browser, and return to Voice mode.

#### To turn on the phone
- Press the (POWER) key.

The phone starts up in either Voice mode or Net mode. Voice mode lets you make and receive voice calls. Net mode runs the UP.Browser, UP.Mail, and other UP.Link applications.

To make Net mode the default mode the next time you turn on the phone, press the **NET** softkey while the phone is starting up.

#### To start the UP.Browser
- Press the **NET** softkey.

The browser starts and the home card appears.



```
UPlanet
1>Bookmarks
2 Directory
OK      EMAIL    PHONE
```

#### To return to Voice mode
- Press the (END) key or the **PHONE** softkey.

# Quick tour

You can press the (END) key at any time while the browser is active to return to Voice mode. Or, you can press the **PHONE** softkey whenever it is available.

## Quick tour

This section introduces the components of the UP.Phone used by the UP.Browser. This figure identifies each component. The following sections describe each component in detail.



The **display** shows status icons and the text of the current card from the application you are accessing.

The **softkeys** are function keys programmed by each application. The last line of the display (in reverse type) shows the actions associated with the softkeys below it.

The **navigation keys** allow you to move between cards in an application and to edit the text you enter. These keys are explained in detail on page 5. Cards are explained on page 6.

The **numeric keys** are for entering text or making selections from numbered lists. Entering text is explained on page 9.

The **volume button** changes the cursor from an underscore (_) for lowercase text entry to a caret (^) for uppercase text entry. Capitalization is explained on page 11.

## Quick tour

### The display
The top line of the display shows various status icons as described in the following figure.



Indicates roam is in effect.
Shows signal strength.
Indicates A or B carrier in use.
Shows battery level.
Indicates CDPD coverage.
Indicates an unread mail message.

### The softkeys
The last line of the display (in reverse type) shows the actions associated with the three softkeys below it. The function of each softkey can vary depending on which card is shown in the display. In most applications, the left softkey is **OK**; it chooses the selected item. Only softkeys with text above them are active.



Chooses Bookmarks.   Starts UP.Mail.   Exits UP.Browser and returns to Voice mode.

## Quick tour

### The navigation keys
The navigation keys appear below the softkeys. The following figure describes the function of each navigation key.



Adds a space to the end of the line.

Deletes the last character entered.

Displays the home card.

Erases the last character. Press and hold to erase the entire line.

Moves the selection up one line.

Moves the selection down one line.

Displays brief help on navigating cards.

Displays the previous card or cancels the current operation.

### The numeric keys
The numeric keys appear at the bottom of the phone. You use the numeric keys to enter text or to make selections from numbered lists. Entering punctuation and other special characters is explained on page 9.

## Navigating cards

### Navigating cards

Navigating with the UP.Browser is similar to using a Web browser such as Netscape Navigator on a personal computer. An UP.Link service appears in the browser as a hierarchy of *cards*, similar to pages in a Web browser. You navigate the cards in an application by making selections from lists and entering text when prompted.

The UP.Browser supports three kinds of cards.

- A **choice card** displays a list of items from which you can make a selection. The currently selected item is indicated with a right arrow (>) symbol. You navigate among the items using the ⓥ and ⓐ keys. You choose an item by pressing the **OK** softkey. If the list is numbered, you can move the selection arrow to the item by entering its number, or you can choose the item by pressing and holding the number.

The home card, to the right, is an example of a choice card. Bookmarks is the current selection.



To choose **Directory**, press ⓥ and then press the **OK** softkey.

- A **text entry card** prompts you to enter some text.

This card, from the DBCStock application, is an example of a text entry card. To learn how to enter text, see page 9.



Press the **OK** softkey after entering your text.

## Navigating cards

- A **display card** displays information. Typically, when you start an application, it displays one or more choice and text entry cards, followed by a display card with the information you requested.

This card, from the DBCStock application, is an example of a display card.

The scroll bar on the right side indicates there is more text on this card than can fit on the display. To view the hidden lines, use the  key to scroll down. As you scroll through the text, the scroll bar moves down, ending up at the bottom when there are no more lines to display. Use the ⬛ key to scroll back up. If the entire contents of a card fits on the display, no scroll bar appears.

### Using directories and bookmarks

The UP.Browser provides two ways to organize the services you access: directories and bookmarks.

- A *directory* is a list of services available through your UP.Link provider.

- A *bookmark* is a link you create to a particular card that you want to revisit.

The bookmark and directory lists are the first two choices available on the UP.Browser home card. When you first use the browser, your bookmark list is empty. As you explore the services in the directory, you can build a bookmark list of your favorite sites:

## Navigating cards

### To create a bookmark

1  Go to the card you want to bookmark.

2  Press the **MARK** softkey.



3  Enter a bookmark name, and then press the **OK** softkey.

The browser adds the bookmark. A message appears confirming that the bookmark was added to the list.

4  Press the **OK** softkey to continue.

### To go to a bookmark

1  Press the ⌂ key to go to the home card.

2  Choose **1 Bookmarks**, then press the **OK** softkey.

3  Choose the bookmark you want, then press the **OK** softkey.

### To rename a bookmark

1  Press the ⌂ key to go to the home card.

2  Choose **1 Bookmarks**, then press the **OK** softkey.

3  Choose the bookmark you want, then press the **EDIT** softkey.

4  Choose **1 Rename**, then press the **OK** softkey.

5  Enter the new name, then press the **OK** softkey.

8                                              Using the UP.Browser

## Entering text

**To delete a bookmark**

1  Press the [HOME] key to go to the home card.

2  Choose **1 Bookmarks**, then press the **OK** softkey.

3  Choose the bookmark you want, then press the **EDIT** softkey.

4  Choose **2 Delete**, then press the **OK** softkey.

### Understanding cache behavior

As you navigate among cards, the UP.Phone stores the contents of cards you visit in a cache. When you return to a card you have already visited (that is in the cache), the browser displays the card from the cache instead of retrieving it again from the server. This retrieval method reduces the time to display cards visited frequently.

### Entering text

You can enter text whenever the cursor appears as an underscore (_) in text entry cards. You use the numeric keys to enter text. See the *UP.Browser Quick Reference* for a summary of how to enter text.

Each key can enter several characters. You select the character you want by pressing the key one to four times. For example, the **2** key contains the letters A, B, and C. Pressing **2** once enters A; pressing it twice quickly enters B; pressing it three times enters C; and pressing four times enters the number 2. You use the same technique to enter characters using the other numeric keys.

## Entering text

In the following text entry card example, from the DBCStock application, you are prompted to enter a stock symbol. To enter the stock symbol for McDonald's Corporation (MCD):

1  Press the **6** key once to enter M.

2  Press the **2** key three times to enter C.

```
Symbol:
MCD_
```
`OK      FIND      MARK`

3  Press the **3** key once to enter D.

4  Press the **OK** softkey to continue.

After you enter a character, the UP.Browser advances the cursor so you can enter the next character. If the next character you want is on the same key (for example, the letter C followed by A), you must pause momentarily to let the UP.Browser advance the cursor before you enter the second character. Or, you can advance the cursor without waiting by pressing the ● key and then entering the second character.

Some text entry cards can impose restrictions on the characters you enter. For example, a card prompting you for a phone number may allow you to enter numbers only. In this case, the letters on each key are temporarily disabled. Other cards may allow only letters and punctuation, not numbers.

## Entering text

**Capitalization**

When you enter text in email messages and other notes, UP.Browser automatically capitalizes the first letter. All other letters are lowercase by default. To capitalize a letter, press the volume button before entering the letter. Pressing the volume button toggles the cursor between the underscore (_) and caret (^). When the cursor is a caret (^), the next letter you enter is capitalized. When the cursor is an underscore (_), the next letter you enter is lowercase.

**Punctuation and special characters**

You can also enter punctuation and other special characters as summarized in the following table. To cycle through the available characters for a key, press the key repeatedly.

| Keys | Characters entered |
|---|---|
| 2–9 | Letters **A** through **Z**, numbers **2** through **9** |
| 0 | Number **0**, punctuation symbols . , ? ! ' " ; : |
| 1 | Number **1**, special characters - _ / $ % _ ( ) + |
| * | * @ |
| # | **# COM EDU GOV NET ORG** |
| ▶ | Space |
| CLR | Erases the last character. Press and hold to erase entire line. |

## Accessing utilities from the menu

For example, to enter:

- a dollar sign ($), press **1** five times.
- the number 1, press **1** once.
- a period (.), press **0** twice.
- COM (for entering an email address), press **#** twice.

### Accessing utilities from the menu

The UP.Browser menu provides various utility functions. To display the UP.Browser menu, press and hold the ⬤ key until the menu appears.

**Reset** flushes the cache and returns to the home card. Normally, you shouldn't need to reset. However, you may try resetting if you experience problems navigating a particular deck.

**Goto Service** lets you enter the address of an UP.Link service that is not listed in the Directory. You can then bookmark the service for future access.

# Troubleshooting

## Troubleshooting

The following section lists and describes some of the error messages that might occur while using the UP.Browser.

| Error | What it means |
|---|---|
| Unregistered Device | Your UP.Phone is not registered. You need to register your UP.Phone with an UP.Link provider before using the UP.Browser. |
| Deactivated Device | Your UP.Phone is properly registered, but it has been deactivated. For information on reactivating your UP.Phone, contact your UP.Link service provider. |
| Unregistered Service | The service you requested is not registered with UP.Link. For further assistance, contact your UP.Link service provider. |
| Deactivated Service | The service you requested has been deactivated. For further assistance, contact your UP.Link service provider. |
| Service Not Available | The Web server for the service you requested is not running. Contact the service provider to verify that their Web server is running. |
| Service Too Slow | The service you requested failed to respond within the required time limit. If the problem persists, contact the service provider to improve service performance. |
| Invalid Service Response | The service returned an invalid response. Contact the service provider to notify them of this error. |