# Exhibit 8

# Exhibit 8





# UNWIRED PLANET ANNOUNCES UP.LINK PLATFORM 2.0

*Revolutionary Internet Information Services, Email, Encryption and "Push" Features for Mobile Phones*

**REDWOOD SHORES, Calif., (July 8, 1997)** Unwired Planet, Inc. (UP), today announced the immediate availability of UP.Link Platform™ 2.0 and HDML 2.0 Software Developer's Kit (UP.SDK™). The second generation of this field-proven platform for providing smartphones with wireless Internet connectivity builds on the robust and scaleable original and adds significant functionality and capabilities. UP.Link™ Platform 2.0 will be deployed by AT&T® Wireless, GTE Wireless,® and Bell Atlantic® NYNEX® Mobile.

UP.Link Platform 2.0 brings sophisticated encryption and authentication to wireless applications. For the first time, the entire path from the mobile phone to a Web server can be fully encrypted and authenticated with RSA Data Security.® This allows Internet-based applications such as banking, stock transactions, credit card purchases and private corporate database applications to be securely accessed from mobile phones.

UP.Link Platform 2.0 implements the HDML (Handheld Device Markup Language) 2.0 specification as submitted to the World Wide Web Consortium (W3C). HDML 2.0 was enhanced by Unwired Planet™ to provide optimal User Interface features for the small screens and standard keypads of handheld wireless devices. Web developers can use any Web server, such as Netscape Enterprise Server or Microsoft IIS, to instantly publish any information or applications to the screens of mobile phones.

The "push" technology that has revolutionized the Internet over the past year can now be implemented for handheld wireless devices with UP.Link Platform 2.0. Developers can create Web server resident applications that send meaningful user-specified information directly to the subscriber's mobile phone. The phone notifies the user with just the information they need, when they need it, such as news of specific stock price moves, news headlines affecting competitive situations, low inventory levels, late flight departures, or any other conditions established by the user. Moreover, the phone may allow the user to immediately sell stock, rebook a flight, or forward the news story to a colleague via Email.

Developers have embraced HDML 2.0 to create and extend compelling Web information sites and corporate applications to a global community of mobile

OPENWAVE00001702
OPWV_ITC 0001616

subscribers. Web sites such as Bloomberg Personal® (www.bloomberg.com), Data Broadcasting Corporation (www.dbc.com), InfoSpace™ (www.infospace.com), News Alert (www.newsalert.com), One-on-One Sports' Statszone$^{sm}$ (www.statszone.com), StockTIPS™ (www.stocktips.net) and The Weather Underground (www.wunderground.com), have already implemented HDML 2.0 information services. Nearly thirty other sites are preparing to publish innovative information services that will provide valuable time-critical information to mobile professionals using AT&T's PocketNet™ Service, Bell Atlantic NYNEX Mobile's Cellscape $^{sm}$ Service, or GTE's SuperPhone Service.

"We are very pleased to be able to offer our financial news and data via the UP.Link Platform," said Mark Imperiale, president and chief operations officer of Data Broadcasting Corporation. "UP.Link Platform 2.0 meshes perfectly with our goal of delivering information to our sub-scribers wherever they are and however they want to receive it, be it via CDPD, FM Sideband, Cable TV, Direct Broadcast Satellite or the Internet."

"Developing HDML 2.0 information services is free to any Web site—there's no purchase required," said Benjamin Linder, vice president of marketing, Unwired Planet. "Content providers can greatly enhance their revenue models by providing secure subscription-based wireless information services right from their existing Web sites. Providing information services to millions of digital mobile phones is the newest business opportunity on the Web."

Corporate application providers have found UP.Link Platform 2.0 to be ideal for connecting mobile professionals to internal corporate intranets and other MIS or database applications. Vertical area application developers, such as sales force automation, field service, dispatch and delivery, have flocked to the platform because of its ability to equip mobile professionals with a secure, reliable and useful set of applications right on the screen of their mobile phones. Indepen-dent software vendors, such as Cable Data, Syclo Corporation and Vantive Corporation, are creating corporate applications that take full advantage of HDML 2.0.

"Unwired Planet's 2.0 release adds features that let us enhance both the flexibility and efficiency of our TechConnect™ product, by helping us streamline our HDML code," said Steve Wigginton, CableData's research manager of Advanced Products. "Now TechConnect allows field service personnel direct wireless access to job and customer information via the internet, from the field"

### About Unwired Planet

Unwired Planet is the leading provider of open scalable software for secure wireless Internet access from handheld devices. The UP.Link Platform is an open, comprehensive, communications platform including browser, server, and Handheld Device Markup Language (HDML), that allows familiar pocket-size devices, such as mobile phones, to securely access and send information from the Internet or intranets through existing wireless data

OPENWAVE00001703
OPWV_ITC 0001617

networks, quickly and cost-efficiently. UP technology is network- and device-independent and has been adopted by leading wireless carriers, including AT&T Wireless Services, Bell Atlantic NYNEX Mobile, GTE Mobilnet, and others, as well as major device manufacturers worldwide, including AEG, Alcatel, Mitsubishi, Motorola, Northern Telecom, QUALCOMM, Samsung, Sharp and Uniden. The company, headquartered in Redwood Shores, CA, is privately held. For more information, visit Unwired Planet's Web site at http://www.uplanet.com.®

###

UP.Link, UP.Link Platform, UP.SDK and the Unwired Planet name and logo are trademarks and UPLANET.COM is a registered trademark of Unwired Planet, Inc. TechConnect is a trademark of CableData. All Rights Reserved. All other company, brand and product names are used for purposes of identification only and may be trademarks that are the sole property of their respective owners.

**Contact:**
Patricia Almon
Unwired Planet
415.596.5251 Press Hotline
pr@uplanet.com Email

[ Table of Contents ] [ Contact UP ][ Trademarks ]

Copyright ©1997 Unwired Planet, Inc.

OPENWAVE00001704
OPWV_ITC 0001617