# Exhibit 9

# Exhibit 9

# Unwired Planet Brings the Web to Cellular Telephones and Pagers; Company's open UP.Link platform brings Web, intranet access to pocket-size cellular phones and two-way pagers.

Print

*Date:*     Jul 11, 1996
*Words:*    1172
*Publication: Business Wire*

REDWOOD SHORES, Calif.--(BUSINESS WIRE)--July 11, 1996--Unwired Planet Inc. (UP), http://www.uplanet.com, is paving the way to wireless Internet access with UP.Link, its ground-breaking open software platform.

UP.Link enables a new generation of cellular phones and two-way pagers to access information and services on the Internet and on private intranets. The UP.Link platform is based on the Handheld Device Markup Language (HDML), a markup language optimized for interactive Web access from wireless handheld devices.

Developers can use HDML to reformat Web-based content and legacy data for mobile access and to create interactive cellular phone and pager applications.

The UP.Link platform has been embraced by five U.S. cellular carriers and two leading cellular phone manufacturers, by Internet and network computing champions Sun Microsystems and Oracle, as well as ISV and integration leaders.

Carriers who are preparing to deploy UP's technology later this year include AT&T Wireless Services, Ameritech, Bell Atlantic NYNEX Mobile, Comcast Cellular Communications and GTE Mobilnet. Device manufacturing partners include the Personal Mobile Communications Division of Mitsubishi Wireless Communications and PCSI, a Cirrus Logic company. UP is working with leading software integrators and ISVs to deploy UP.Link in the corporate environment.

KPMG Peat Marwick and REALOGIC, leading technology systems integrators, and Vantive, a sales, customer support and helpdesk applications specialist, are incorporating UP's technology into their products and service offerings; Aurum Software and Siebel Systems, leaders in sales automation, have endorsed UP's technology as well.

Unwired Planet expects the first UP-enabled products and services to reach the market this summer, with volume production ramping up in 1997. The first UP.Phones will use the CDPD network.

"Our UP.Link platform combines the power of network computing with the convenience and portability of cellular telephony," said Alain Rossmann, CEO and chairman of Unwired Planet. "In concert with our hardware, carrier, integrator, and developer partners, we are creating an

open Web-based software platform for accessing personal, corporate, and public information from a pocket telephone."

The UP.Link platform consists of three elements -- the UP.Browser, UP.Link, and the Handheld Device Markup Language. The UP.Browser is a browser that is offered for license to device manufacturers interested in designing UP.Phones or UP.Pagers. UP.Link is available for license to corporations and network carriers interested in building their own private or public UP.Link networks.

In addition to UP.Link, UP offers UP.Mail, a fully integrated two-way paging system for the UP.Link platform. UP.Mail is available for license to corporations and network carriers interested in building a two-way messaging service. The UP.Link Software Development Kit (SDK) is available for free download to Web developers through UP's Web site at http://www.uplanet.com.

Unwired Planet's Network-Centric Approach

Early attempts to add software intelligence to portable communications devices focused on integrating a computer with a cellular phone, an approach that led to proprietary devices whose high cost, physical bulk and lack of applications software have so far limited their market acceptance.

Unwired Planet's approach taps the enormous potential of the Internet and the Web by applying the concept of open standard network computing to familiar and relatively inexpensive mobile devices such as cellular phones.

According to Bob Bressler, Sun Microsystems' chief scientist for networking, "UP's technology addresses one of today major headaches -- needing to carry around three or four different devices. By building on the Web/Internet model, all the mobile worker's communications needs converge in a single, easy-to-carry platform."

"Unwired Planet allows the most ubiquitous business appliance, namely the cell phone, to access vast databases of corporate information. The combination of UP's technology and Oracle's Database and Web servers is a major step toward the vision of accessing any data, on any device, from anywhere," said Jerry Held, senior vice president Server Technologies, Oracle.

Following the client/server model, the majority of processing occurs on a standard Web server instead of on the access device itself. The UP.Browser is an HDML browser and a two-way messaging engine. Its small memory footprint allows UP.Phones to be cost and size competitive with state-of-the-art cellular phones. Its robust, air-link efficient protocols allow HDML-based wireless Web access to be both fast and inexpensive.

UP.Link is a middleware server that sits between mobile devices and standard Web servers, providing a real-time repository for transaction information (the input to any audit or billing system) and an interactive directory of available information and services.

Supporting multiple access control models (basic, premium and pay-per-view), UP.Link also handles protocol translation and data compression functions to optimize the connection between wireline and wireless portions of the network.

Handheld Device Markup Language is Unwired Planet's open programming language. Like HTML, it is an information publishing and interaction description language. Developers fluent in HTML can become proficient in HDML in a matter of only a few hours. Because HDML applications are device- and network-independent, developers can write applications which run on any UP.Phones and UP-enabled wireless networks.

UP's architecture is a natural extension of the World Wide Web. Any Web site that serves information to desktop computers can serve information to UP.Phones and UP.Pagers. Existing resources -- networks, hardware, Web servers, database links -- do not have to be modified to support UP-enabled devices.

Thus developers can create HDML applications that directly leverage the growing body of information and services available on the Web.

Market Opportunity

Unwired Planet sees enormous market potential among the millions of cellular phone and paging users who understand the value of connecting with public and private computer networks while away from the office. Traveling executives, professionals, and mobile work groups, such as sales forces, will benefit from the mobile messaging and real-time access to data that UP.Link can provide.

Vertical markets, such as insurance, field-service and transportation companies are also being targeted. UP's technology can help companies in these industries tailor a fleet-wide solution for mobile messaging and information access.

About Unwired Planet

Unwired Planet was founded in 1994 to deliver an open platform for wireless Internet appliances. UP's first product is a comprehensive communications platform, including browser, server, and mark-up language, that allows familiar mobile devices such as cellular phones and pagers to access and send information through the Internet or intranet and existing wireless data networks quickly and cost-efficiently.

The company is privately held. Venture capital investors include Matrix Partners, Greylock, Sofinova and Weiss, Peck and Greer. Corporate investors include AT&T Wireless Services, Mitsubishi Electric Corp., and Cirrus Logic. UP is headquartered in Redwood Shores, Calif. For more information, visit UP's web site at http://www.uplanet.com. -0-

Note to Editors: Unwired Planet, UP.Link, UP.Browser, UP.Link Software Development Kit, UP.Mail, UP.Phone, UP.Pager, and Handheld Device Markup Language are trademarks of Unwired Planet Inc.

CONTACT: Unwired Planet Inc., Redwood Shores

General Information, 415/596-5200

http://www.uplanet.com

or

Access Communications

Robin Rootenberg, 415/904-7070, ext. 282

rrootenberg@accesspr.com

Anne Magor, 415/904-7070, ext. 288

amagor@accesspr.com

---

COPYRIGHT 1996 Business Wire
Copyright 1996, Gale Group. All rights reserved. Gale Group is a Thomson Corporation Company.