# Exhibit 10

# Exhibit 10

# U S I N G
# U P.M A I L

## V e r s i o n   1.0.1

---

**UNWIRED PLANET, INCORPORATED**

390 Bridge Parkway
Redwood Shores, California 94065
USA

Part Number UPME-101-DOC

August 1996



## Important Notice

Copyright 1996, Unwired Planet, Inc.
Copyright 1994-1996, Netscape Communications Corporation.
Copyright 1994-1996, Oracle Corporation.
All rights reserved.

Unwired Planet, the Unwired Planet Included logo, UP.Link, UP.Mail, UP.SDK, UP.Phone, UP.Browser, UP.Pager, and HDML are trademarks of Unwired Planet, Inc. Data Broadcasting Corporation is a registered trademark and DBC is a trademark of Data Broadcasting Corporation. Netscape Communications, the Netscape Navigator Included logo, Netscape Navigator, and Netscape are trademarks of Netscape Communications Corporation. Oracle is a registered trademark and Oracle7 is a trademark of Oracle Corporation. All other trademarks and copyrights are the property of their respective owners.

# Contents

About UP.Mail   **1**
    How UP.Mail handles messages   **1**
Getting started   **2**
    To start UP.Mail   **2**
    To return to the UP.Browser   **2**
    To return to Voice mode   **2**
Sending messages   **3**
    To compose a message   **3**
    To embed a reply   **4**
Receiving messages   **5**
    To read a message   **6**
    To reply to a message   **6**
    To forward a message   **7**
    To refresh your mailboxes   **8**
Faxing messages   **8**
    To fax a received message   **9**
    To fax all messages   **9**
Managing messages   **10**
    To save a message   **10**
    To read a saved message   **10**
    To delete a message   **11**
Using the address book   **11**
    To add an address   **11**
    To create a mailing list   **12**
    To delete an address   **12**

# Contents

Setting preferences   **13**

    To specify an auto-forward address   **13**

    To specify a reply-to address   **14**

    To set the alert   **14**

    To set the time zone   **15**

Entering text   **15**

    Capitalization   **16**

    Punctuation and special characters   **17**

Using UP.Mail

# Using UP.Mail

This manual describes how to use the UP.Mail™ application on the PCSI PAL UP.Phone™. Before using UP.Mail, you should be familiar with using the UP.Browser™. See *Using the UP.Browser* for more information.

## About UP.Mail

UP.Mail is a fully integrated two-way paging system for the Unwired Planet™ UP.Link™ platform. Using UP.Mail, you can send messages to anyone who has a valid internet address with a user name and domain name, such as:

`MyFriend@HerCompany.com`

When you register your UP.Phone, the phone will have a unique internet address. Using UP.Mail, you can receive, reply to, forward, and fax email that is sent to your phone's address.

### How UP.Mail handles messages

UP.Mail sends and receives Internet mail through the UP.Link server. Sending messages is straightforward: you enter the recipient's address, type the message, and UP.Mail sends the message through the server to the address.

Whenever the UP.Phone is on and in Net mode, UP.Mail automatically retrieves incoming messages. Incoming messages may be very long or have attachments associated with them. Therefore, UP.Mail handles incoming messages in the following ways:

■ Retrieves only the header and first few lines of each incoming message.

■ Retrieves longer messages in segments and only at your request.

# Getting started

■ Retrieves text attachments.

■ Does not retrieve binary attachments or attachments containing binary data.

By handling incoming messages in this way, UP.Mail provides the fastest access to information. You can scan the headers of new messages, read the first few lines, and retrieve more only when you request it.

## Getting started

To start UP.Mail your phone must be in Net mode. Follow the steps below to start using UP.Mail.

### To start UP.Mail

1  Go to the UP.Browser home card.

From Voice mode, press the **NET** softkey. Or, from the browser, press the 🄷🄾🄼🄴 key to display the home card.

2  Press the **EMAIL** softkey.

The UP.Mail application starts up, and your Inbox card appears.

### To return to the UP.Browser

■ Press the 🄷🄾🄼🄴 key to go to the home card, or press the 🄿🅁🄴🅅 key until the last browser card you visited appears.

### To return to Voice mode

1  Press the 🄴🄽🄳 key. Or, press the 🄷🄾🄼🄴 key to go to the home card, and then press the **PHONE** softkey.

Using UP.Mail

# Sending messages

## Sending messages

You can send text messages to anyone who has an Internet email address. If the recipient has an UP.Phone, you can also send a special message that provides a set of choices for the recipient when he or she replies.

For example, if you send the following message to a friend:

```
Want to have lunch?
```

you can specify that the following choices appear for the recipient in a choice card:

```
1>Yes, Burritos
2 Yes, Italian
3 No, I'm busy
4 Call 415-555-5207
```

The last choice is a phone number. If the recipient selects that choice, the UP.Phone initiates a voice call and automatically dials the number.

### To compose a message

**1**  From the Inbox or Saved card, press the **ACT** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

A list of email options appears.

**2**  Choose **1 Create Msg**, and then press the **OK** softkey.

A list of the addresses in your address book appears. The last item in the list, Enter, lets you type in a new address.

**3**  Choose an address from the list, or choose **Enter** to type in a new address.

The Subject card appears.

Using UP.Mail                                                                **3**

## Sending messages

**4**  Type the subject line for your message, and then press the **OK** softkey.

The Message text entry card appears.

**5**  Type the contents of your message, and then press the **OK** softkey to send the message.

For information on entering text, see page 15.

After you press the **OK** softkey, UP.Mail sends the message and a card appears confirming that the message has been sent.

### To embed a reply

Follow the steps for composing a message (see page 3). In step 5, after typing the text of your message, you can type the choices for the reply using the following rules:

- Begin each text choice with:
  @@

- Begin each choice that is a phone number with:
  @#

---

**IMPORTANT**  If you send the message from a personal computer email client, you must enter one choice per line and start each choice at the beginning of the line. This restriction does not apply when entering the message from an UP.Phone.

---

# Receiving messages

For example, to create a message that reads:

```
Want to have lunch?
```

with the following choices embedded in the reply:

```
1>Yes, Burritos
2 Yes, Italian
3 No, I'm busy
4 Call 415-555-5207
```

type the message as follows:

```
Want to have lunch?

@@Yes, Burritos
@@Yes, Italian
@@No, I'm busy
@#415-555-5207
```

## Receiving messages

UP.Mail receives messages automatically whenever the UP.Phone is on and in Net mode. When a message is received, the mail icon ⊠ appears for a few seconds and the phone beeps. (To turn off this alert, see "Setting preferences" on page 13.) New messages appear in your Inbox in the order they are received, with the most recent message appearing first. Your UP.Mail administrator determines how long messages remain in your Inbox. To permanently save a message, see "To save a message" on page 10.

# Receiving messages

### To read a message

■  From the Inbox or Saved card, select the message and press the **READ** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

The text of the message appears, beginning with the subject line.

UP.Mail initially retrieves only the message header and the first few lines of its contents.

■  If the message is longer than one line, the scroll bar appears on the right side of the display. Use the ⬛ key to scroll down to read the hidden lines.

■  If the message is longer than a few lines, the **MORE** softkey becomes available. *First*, use the ⬛ key to read the lines that have already been retrieved; *then* press **MORE** to retrieve the next set of lines. Each time you retrieve a set of lines, use the ⬛ key to scroll down and read that set, and then press **MORE** to retrieve the next set. When the **MORE** softkey changes to **OK**, there are no more lines to read.

When you are done reading a message, press the **OK** softkey to return to the Inbox card.

### To reply to a message

1  From the Inbox or Saved card, select the message and press the **READ** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

The message contents appear.

**6**                                              Using UP.Mail

# Receiving messages

**2** Press the **ACT** softkey to display the message options.

A list of message options appears.

**3** Choose **1 Reply** and press the **OK** softkey.

A text entry card appears.

**4** Type your reply, then press the **OK** softkey.

For information on entering text, see page 15.

After you press the **OK** softkey, UP.Mail sends the message and a card appears confirming that the message has been sent.

## To forward a message

**1** From the Inbox or Saved card, select the message and press the **READ** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

The message contents appear.

**2** Press the **ACT** softkey to display the message options.

A list of message options appears.

**3** Choose **3 Forward** and press the **OK** softkey.

A card appears prompting you to enter introductory text for the message.

**4** Enter your introductory text, if any, and then press the **OK** softkey.

A list of addresses in your address book appears. The last item in the list, **Enter**, lets you type in a new address.

# Faxing messages

**5**  Choose an address from the list, or choose **Enter** to type in a new address.

UP.Mail forwards the message to the address you selected or typed, and a card appears confirming the message has been forwarded.

### To refresh your mailboxes

UP.Mail receives messages and maintains the contents of your mailboxes automatically. If you experience problems with your mailbox, try refreshing it. Refreshing a mailbox retrieves the list of message headers including those of any new messages.

**1**  From the Inbox or Saved card, press the **ACT** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

A list of Inbox options appears.

**2**  Choose **5 Refresh** and press the **OK** softkey.

UP.Mail refreshes the list of message headers.

## Faxing messages

With UP.Mail, you can fax any email message you receive to any fax number. Faxing provides an easy way to print hard copies of the messages you receive. You can fax an individual message or fax the entire contents of your Inbox (up to nine messages) in one step.

# Faxing messages

## To fax a received message

**1** From the Inbox or Saved card, select the message and press the **READ** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

The message contents appears.

**2** Press the **ACT** softkey to display the message options.

A list of message options appears.

**3** Choose **4 Fax** and press the **OK** softkey.

The Fax message card appears.

**4** Enter the fax number, and then press the **OK** softkey.

A card appears confirming the transaction, and the fax is queued to be sent.

## To fax all messages

**1** From the Inbox or Saved card, press the **ACT** softkey. See "Managing messages" on page 10 for information on the Inbox and Saved mailboxes.

A list of Inbox options appears.

**2** Choose **2 Fax All** and press the **OK** softkey.

The Fax message card appears.

**3** Enter the fax number, and then press the **OK** softkey.

A card appears confirming the transaction, and the faxes are queued to be sent.

# Managing messages

## Managing messages

UP.Mail maintains two mailboxes for you: an *Inbox* and a *Saved* mailbox. New messages you receive are automatically sent to the Inbox. Saving a message sends it to the Saved mailbox. You can delete messages from your Inbox or Saved mailboxes.

### To save a message

**1** From the Inbox card, select the message and press the **READ** softkey.

The message contents appear.

**2** Press the **ACT** softkey to display the message options.

A list of message options appears.

**3** Choose **5 Save** and press the **OK** softkey.

UP.Mail removes the message from the Inbox and saves it in the Saved mailbox. A card appears telling you the message was saved.

### To read a saved message

**1** From the Inbox card, choose **Saved** and press the **READ** softkey.

The Saved card appears and displays a list of your saved messages.

**2** Select the message you want to read and press the **READ** softkey.

# Using the address book

**To delete a message**

**1**  From the Inbox or Saved card, select the message and press the **READ** softkey.

The message contents appear.

**2**  Press the **ACT** softkey to display the message options.

A list of message options appears.

**3**  Choose **2 Delete** and press the **OK** softkey.

UP.Mail removes the message from your Inbox or Saved mailbox. A confirmation card appears telling you the message was deleted.

## Using the address book

UP.Mail provides an address book to store your most frequently used email addresses. When you compose a new message or a reply to a message, you can select from the addresses in your address book instead of typing them in each time.

**To add an address**

**1**  From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

**2**  Choose **3 Addresses** and press the **OK** softkey.

A list of addresses in your address book appears.

**3**  Press the **ADD** softkey.

A text entry card prompts you for an email address.

## Using the address book

**4**  Type the complete email address, and then press the **OK** softkey.

UP.Mail adds the address to your address book. The next time you compose a message, the address will appear in the list of available addresses.

### To create a mailing list

**1**  Follow the steps for adding an address to the address book. (See "To add an address" on page 11.)

**2**  In step 4, enter each address you want to add to the list, separating them with commas.

### To delete an address

**1**  From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

**2**  Choose **3 Addresses** and press the **OK** softkey.

A list of addresses in your address book appears.

**3**  Choose the address you want to delete, and then press the **DEL** softkey.

UP.Mail removes the address from your address book.

# Setting preferences

## Setting preferences

You can customize UP.Mail by entering auto-forward and reply-to addresses, turning off the alert icon for new messages, and specifying your current time zone. Auto-forward allows you to specify an address to which all messages will be forwarded automatically. Reply-to allows you to specify a return address for the messages you send. The time zone setting is used for calculating the time stamp on messages you receive.

### To specify an auto-forward address

**1** From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

**2** Choose **4 Prefs** and press the **OK** softkey.

A list of your current preference settings appears.

**3** Choose **1 AutoFwd** and press the **OK** softkey.

A text entry card prompts you for an email address.

**4** Type the complete email address, and then press the **OK** softkey.

UP.Mail records the address. From now on, whenever you receive a message, UP.Mail automatically forwards the message to the auto-forward address.

# Setting preferences

### To specify a reply-to address

**1** From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

**2** Choose **4 Prefs** and press the **OK** softkey.

A list of your current preference settings appears.

**3** Choose **2 ReplyTo** and press the **OK** softkey.

A text entry card prompts you for an email address.

**4** Type the complete email address, and then press the **OK** softkey.

UP.Mail records the address. From now on, whenever you send a message, UP.Mail associates the reply-to address with the message. If the recipient replies to the message, the reply is sent to the reply-to address instead of your UP.Mail account.

The reply-to address is similar to a return address you write on a letter sent through the post office. If the recipient replies to your letter, he or she sends the reply to the return address.

### To set the alert

**1** From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

**2** Choose **4 Prefs** and press the **OK** softkey.

A list of your current preference settings appears.

**3** Choose **3 Alert** and press the **OK** softkey.

The choices **1 Off** and **2 On** appear. **1 Off** turns off the alert icon for new messages; **2 On** turns it on.

## Entering text

4   Choose **1 Off** or **2 On**, and then press the **OK** softkey.

### To set the time zone

1   From the Inbox or Saved card, press the **ACT** softkey.

A list of Inbox options appears.

2   Choose **4 Prefs** and press the **OK** softkey.

A list of your current preference settings appears.

3   Choose **4 TimeZone** and press the **OK** softkey.

A list of United States time zones appears.

4   Choose the time zone for your location, and then press the **OK** softkey.

UP.Mail uses the time zone setting to determine the time stamp of messages you receive.

## Entering text

You can enter text whenever the cursor appears as an underscore (_) in text entry cards. You use the numeric keys to enter text. See the *UP.Mail Quick Reference* for a summary of how to enter text.

Each key can enter several characters. You select the character you want by pressing the key one to four times. For example, the **2** key contains the letters A, B, and C. Pressing **2** once enters A; pressing it twice quickly enters B; pressing it three times enters C; and pressing four times enters the number 2. You use the same technique to enter characters using the other numeric keys.

## Entering text

In the following text entry card example, from the DBCStock application, you are prompted to enter a stock symbol. To enter the stock symbol for McDonald's Corporation (MCD):

**1** Press the **6** key once to enter M.

**2** Press the **2** key three times to enter C.



**3** Press the **3** key once to enter D.

**4** Press the **OK** softkey to continue.

After you enter a character, UP.Mail advances the cursor so you can enter the next character. If the next character you want is on the same key (for example, the letter C followed by A), you must pause momentarily to let UP.Mail advance the cursor before you enter the second character. Or, you can advance the cursor without waiting by pressing the ▶ key and then entering the second character.

Some text entry cards can impose restrictions on the characters you enter. For example, a card prompting you for a phone number may allow you to enter numbers only. In this case, the letters on each key are temporarily disabled. Other cards may allow only letters and punctuation and not numbers.

### Capitalization

When you enter text in email messages and other notes, UP.Mail automatically capitalizes the first letter. All other letters are lowercase by default. To capitalize a letter, press the volume button before entering the letter. Pressing the volume button toggles the cursor between the underscore (_) and caret (^). When the cursor is a caret (^), the next letter you

**16**                                        Using UP.Mail

## Entering text

enter is capitalized. When the cursor is an underscore (_), the next letter you enter is lowercase.

### Punctuation and special characters

You can also enter punctuation and other special characters as summarized in the following table. To cycle through the available characters for a key, press the key repeatedly.

| Keys | Characters entered |
|------|--------------------|
| 2–9 | Letters `A` through `Z`, numbers `2` through `9` |
| 0 | Number `0`, punctuation symbols `.` `,` `?` `!` `'` `"` `;` `:` |
| 1 | Number `1`, special characters `-` `_` `/` `$` `%` `_` `(` `)` `+` |
| * | `*` `@` |
| # | `#` `COM` `EDU` `GOV` `NET` `ORG` |
| ▶ | Space |
| CLR | Erases the last character. Press and hold to erase entire line. |

For example, to enter:

- a dollar sign ($), press **1** five times.
- the number 1, press **1** once.
- a period (.), press **0** twice.
- COM (for entering an email address), press **#** twice.

Using UP.Mail                                                    **17**