# Exhibit 12

# Exhibit 12

David Chen | LinkedIn

LinkedIn | Account Type: Basic | Upgrade | 6 | Brooke Wallace | Add Connections

Home | Profile | Contacts | Groups | Jobs | Inbox | Companies | News | More | People | Advanced

**In Top 25 MBAs in Nation - "Best Part-Time MBA Program," says Business Week. Fully Employed? Start Now**  From: **UC Irvine The Paul Merage School of Business**

« Go back to Search Results



# David Chen
founder at upstart 6.0

San Francisco Bay Area | Information Technology and Services

Previous: Genentech, Accelere Systems, Openwave Systems, Inc. (fka **Phone.com**)

Education: MS, BS, Computer Science (MSCS); Bioelectrical Engineering (BSEE) at Massachusetts Institute of Technology

**148** connections

Send InMail

www.linkedin.com/pub/david-chen/0/827/682

### Ads by LinkedIn Members



**The Idea Grove** — Media Relations and Online Marketing to Make Your Business Bloom!

**Attorney Wanted** — We need attorneys to help our legal clients. Free trial to view cases.

**Are you a Legal Counsel?** — Join the HCCA for compliance networking, career opportunities, & resources.

### David Recommends (5)

**Roy B.**, *Lead Engineer, Accelere*
❝ Roy is both an innovative individual contributor...

**Francis Y.**, *Vice President, Device Product Group, Openwave Systems*
❝ In the early days of Unwired Planet and...

**Ted W.**, *Sr. Director Product Management / CTO Device Products, Openwave; Phone.com*
❝ Ted is an excellent technology-savvy strategist....

See all **Recommendations »**

## Summary

Driven, detailed-oriented product leader for more than 25 years with focus on user experience, market-driven feature set delivery to end users and ecosystem partners and developing a well-orchestrated development team.

Specialties
Ability to quickly assess product vision and competitive landscape; provide process discipline for prioritizing product requirements and product releases; dive deep with product development to determine capabilities, limitations and time-to-market. Hire and manage product teams that excel at planning and execution to orchestrate UI design, SDK, documentation, release engineering, quality assurance and support training in order to "ship" product.

## Experience

**founder**
**upstart 6.0**
January 2011 – Present (1 year 11 months)

**PM IT Lead, Clinical/IMP**
**Genentech**
2011 – 2012 (1 year)

**Chairman & CEO**
**Accelere Systems**
March 2005 – December 2010 (5 years 10 months)

- Led development and operations for this technology upstart that provided real-time patient recruitment infrastructure for clinical trials, including web-based and mobile applications for point of care.
- Deployed infrastructure at 3 top medical research institutions, developing a database of +1M candidates. Contracted with 2 top pharmaceutical and several biotechnology companies

**Board of Directors**
**Accelere Systems**
May 2002 – March 2005 (2 years 11 months)

- Advised company in areas of product development, customer deployments and Series A funding.

### Viewers of this profile also viewed...

**Francis Yu** — Film maker, painter, lounge pianist,...

**Alain Rossmann** — Founder at Vlognow

**Dan Coyle** — Strategic Sales at P2i

**Suzanne Cameron** — Sr. Director, Quality at Jasper Systems

**Sheng Liang** — CTO, Cloud Platforms at Citrix Systems

**Will Chan** — Director of Engineering, Cloud...

**Peter King** — Android Product Management Leadership |...

**Michael Luna** — CTO

**Jørgen Larsen**

David Chen | LinkedIn

### Director, Product Management
**Openwave Systems, Inc. (fka Phone.com)**
March 2000 – March 2005 (5 years 1 month)

• Led product team through 5 generations of its flagship mobile browser and SDK during company pre-IPO, initial public and post-Software.com merger (Openwave) eras
• Scaled team from 1 to >24 of product technologists, program managers, user interface designers, technical writers and release engineers
• Satisfied growing OEM channel from 2 to 47, shipping initially 50K to 145M browser-enabled handsets annually
1 1 person has recommended this user at Openwave Systems, Inc. (fka Phone.com)

### Sr. Product Manager, Mobile Browser
**Phone.com**
April 1998 – March 2000 (2 years)

Drove mobile browser product through company's first volume rollout across multiple handset OEMs and US and Japanese wireless operators. Led production of industry's first WAP-standard mobile browser for worldwide use.
1 1 person has recommended this user at Phone.com

### Sr. Product Manager, Internet Screen Phone
**Diba / Sun Microsystems Consumer Division**
July 1996 – April 1998 (1 year 10 months)

• Led product management for Diba's Internet Screen Phone
• Led several industrial design prototypes with Lunar Design
• Led small lot production of screen phone prototypes with custom PCB design, new hardware peripherals, UI design, software development and SDK packaging

### Principal Consultant
**Oracle Corporation**
Public Company; 10,001+ employees; ORCL; Information Technology and Services industry
August 1994 – July 1996 (2 years)

Co-developed client application for British Telecom's interactive TV trial. Served as technical lead on several iTV proposals for companies in the US and Asia. Developed kids web site for McGraw/Hill using Oracle Web Server. Developed showcase applications for Aimtech, Harris County, N2K, NBC and Nortel for the Oracle Universal Server launch.

### Lead Developer
**Oz Group Inc.**
Privately Held; 1-10 employees; Information Technology and Services industry
January 1992 – August 1994 (2 years 8 months)

Lead Developer for SunSpectrum QCT tool responsible for sales quotations and contract documentation for service contracts on Sun Microsystems hardware and software.

### Senior Sales Consultant
**Oracle Corporation**
Public Company; 10,001+ employees; ORCL; Information Technology and Services industry
November 1989 – October 1991 (2 years)

Responsible for account management, technical presentations, live demos and software trials for over a dozen top Oracle OEM customers.

### Director, Graphics Products Group
**Oracle Corporation**
Public Company; 10,001+ employees; ORCL; Information Technology and Services industry
July 1988 – November 1989 (1 year 5 months)

Led the group with the introduction of Oracle's first bit-mapped desktop product, Oracle Graphics, a graphics system used for creating animated charts and graphics based on "live" Oracle data.

### Product Manager, Graphics Products Group
**Oracle Corporation**
Public Company; 10,001+ employees; ORCL; Information Technology and Services industry
May 1987 – July 1988 (1 year 3 months)

Led the functional specification and user interface design for Oracle Graphics, Oracle's first bit-mapped client tool. Created and implemented business plan, including product positioning, competitive analysis and software development.

### Software Developer
**Oracle Corporation**
Public Company; 10,001+ employees; ORCL; Information Technology and Services industry
June 1986 – May 1987 (1 year)

Co-developed a set of portable graphic and charting libraries used for Easy*SQL and SQL*Graph database tools products.

## Education


VP of Engineering at Fanhattan


**John Perkins**
retired at retied

**Massachusetts Institute of Technology**

MS, BS, Computer Science (MSCS); Bioelectrical Engineering (BSEE)

1981 – 1986

*Activities and Societies:* Varsity Track & Field 1986-1987
Pi Lambda Phi Fraternity 1981-1985

## Additional Information

| Groups and Associations: | MIT Massachusetts Institute of Technology Alumni<br>Join |
| --- | --- |
| | Mobile Product Management<br>Join |
| | Oracle Class of 1986<br>Join |

## Contact David for:

- new ventures
- expertise requests
- reference requests
- job inquiries
- business deals
- getting back in touch

**Send a message to David Chen**
➜ **Send InMail**

---

**Help Center** | About | Blog | Careers | Advertising | Talent Solutions | Tools | Mobile | Developers | Publishers | Language | **Upgrade Your Account**

LinkedIn Corporation © 2012 | User Agreement | Privacy Policy | Cookie Policy | Copyright Policy | **Send Feedback**