Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.: 3:12-CV-00505-RCJ-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR SERVING ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") through its attorneys of record, MCKOOL SMITH, P.C. and WATSON ROUNDS, and Defendant/Counterclaimant Apple Inc. ("Apple"), by and through its attorneys of record, LEWIS AND ROCA LLP and GIBSON, DUNN & CRUTCHER LLP, hereby stipulate as follows:

1. Unwired Planet's Initial Disclosure of Asserted Claims and Infringement Contentions and accompanying production of documents pursuant to Local Rules 16.1-6 and -7 is currently due on Friday, February 15, 2013. (Docket No. 38.)

2. Unwired Planet has requested an additional two (2) days to serve its Initial Disclosure of Asserted Claims and Infringement Contentions and accompanying production of documents.

3. Apple has agreed to this request for additional time.

4. Unwired Planet's Initial Disclosure of Asserted Claims and Infringement Contentions and accompanying production of documents would become due on Tuesday, February 19, 2013.

This is Unwired Planet's first request for extension of time to serve Initial Disclosure of Asserted Claims and Infringement Contentions and accompanying production of documents.

IT IS SO AGREED AND STIPULATED this 14th day of February, 2013:

| WATSON ROUNDS | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ Michael D. Rounds<br>Michael D. Rounds<br>Nevada Bar No. 4734<br>mrounds@watsonrounds.com<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Tel: (775) 324-4100<br>Fax: (775) 333-8171 | By: /s/ Jonathan W. Fountain<br>Jonathan W. Fountain<br>Nevada Bar No. 10351<br>JFountain @LRLaw.com<br>3993 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, NV 89169-5996<br>Tel: (702) 949-8340<br>Fax: (702) 949-8374 |
| Attorneys for Plaintiff Unwired Planet, LLC | Attorneys for Defendant Apple Inc. |

IT IS SO ORDERED.

DATED this ____ day of February, 2013

_____
UNITED STATES DISTRICT COURT JUDGE