Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | Case No.: 3:12-CV-00505-RCJ-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF UNWIRED PLANET LLC TO FILE AND SERVE ITS OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO TRANSFER**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant Unwired Planet LLC ("Unwired Planet") and

1  Defendant/Counterclaimant Apple Inc. ("Apple"), hereby stipulate as follows:

2      1.    Apple filed a motion to transfer this action to the Northern District of California
3  on February 1, 2013.  (Doc # 37.)

4      2.    Unwired Planet's opposition to Apple's motion is currently due on February 18,
5  2013.

6      3.    As part of preparing its response to Apple's motion, Unwired Planet noticed a
7  deposition of Apple for February 15, 2013.

8      4.    Apple has a conflict on February 15, 2013 but is available on March 1, 2013.

9      5.    The parties have therefore agreed to an extension of time for Unwired Planet to
10 oppose Apple's Motion until March 6, 2013.  This is the first request for an extension of time to
11 oppose Apple's motion.

12     IT IS SO AGREED AND STIPULATED this 14th day of February, 2013:

| WATSON ROUNDS | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ Michael D. Rounds<br>    Michael D. Rounds<br>    Nevada Bar No. 4734<br>    mrounds@watsonrounds.com<br>    5371 Kietzke Lane<br>    Reno, NV  89511<br>    Tel:  (775) 324-4100<br>    Fax:  (775) 333-8171<br><br>Attorneys for  Plaintiff Unwired Planet, LLC | By:  /s/ Jonathan W. Fountain<br>    Jonathan W. Fountain<br>    Nevada Bar No. 10351<br>    JFountain @LRLaw.com<br>    3993 Howard Hughes Pkwy, Ste. 600<br>    Las Vegas, NV 89169-5996<br>    Tel:  (702) 949-8340<br>    Fax:  (702) 949-8374<br><br>Attorneys for Defendant Apple Inc. |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2013 _____

-2-