UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNWIRED PLANET, LLC, | ) | 3:12-CV-0505-RCJ-VPC |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) | DATED:  March 11, 2013 |
| APPLE, INC., | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Deputy Clerk:       Lisa Mann          Court Reporter:       FTR
Counsel for Plaintiff(s):       Michael Rounds, John Campbell, and Pierre Hubert
Counsel for Defendant(s):       Ernest Hsin and Jonathan Fountain

PROCEEDINGS: CASE MANAGEMENT CONFERENCE

9:02 a.m.  Court convenes.

      The Court addresses the parties regarding the purpose of this hearing.

      The Court approves and signs the order granting Unwired Planet's motion for leave to file declaration, deposition transcript and brief under seal (#61).

      Counsel present their respective positions concerning the issues in dispute as outlined in the joint case management report (#72).

      Having heard from counsel and good cause appearing, the Court finds it shall take the issues concerning the protective order and number of claims under submission and enter a written order.

      IT IS SO ORDERED.

10:16 a.m.  Court adjourns.

                                                       LANCE S. WILSON, CLERK

                                                       By:                /s/
                                                       Lisa Mann, Deputy Clerk