Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada State Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada State Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| **UNWIRED PLANET LLC, a Nevada limited liability company,** | Case No. 3:12-cv-00505-RCJ-VPC |
| Plaintiff, | **ERRATA TO UNWIRED PLANET'S OPPOSITION TO APPLE'S MOTION TO TRANSFER** |
| v. | |
| **APPLE INC., a California corporation,** | |
| Defendant. | |

ERRATA TO UNWIRED PLANET'S OPPOSITION TO APPLE'S MOTION TO TRANSFER - 1

Plaintiff Unwired Planet, LLC ("Unwired Planet") files this Errata to its Opposition to Apple's Motion to Transfer (the redacted, non-confidential version is Doc. #63; the sealed confidential version is Doc. #69). This Errata corrects the following (**corrections in bold**):

1. Pg. 5, lines 8-9, corrected to read: Unwired Planet did not want their move to artificially delay their enforcement efforts, and therefore filed this action and another against **Google**, Inc., a few days later.

2. Pg. 9, Lines 1-2. **Deletion**: *Garvish Decl. ¶__*.

3. Pg. 18, Footnote 17, lines 23-24, corrected to read: Conspicuously, Apple ignores the many other Press Releases and SEC filings that confirm Unwired Planet Inc.'s relocation to its Reno headquarters. Robbins Decl. ¶ 22; **Garvish Decl. ¶ 4 Ex. 20**.

4. Pg. 21, Footnote 19 (redacted), the reference to Garvish Decl. is corrected to specify **¶ 60, Ex. 76** 122:12-19. (Exhibit 76 is filed under seal.)

5. Pg. 22, Footnote 20 (partially redacted), the reference is corrected to add a close parentheses and period after ***Apple."***

For the ease of the Court, a corrected version of Unwired Planet's Opposition to Apple's Motion to Transfer (confidential filing under seal, Doc. #69) will be delivered to the Clerk of the Court following the filing of this Errata.

Dated: March 12, 2013.                    Respectfully submitted,

                                          WATSON ROUNDS

                                           /s/ Adam K. Yowell
                                          Michael D. Rounds, NSB # 4734
                                          mrounds@watsonrounds.com
                                          Adam K. Yowell, NSB #11748
                                          ayowell@watsonrounds.com
                                          WATSON ROUNDS
                                          5371 Kietzke Lane
                                          Reno, Nevada 89511
                                          Telephone: (775) 324-4100
                                          Fax: (775) 333-8171

1  Theodore Stevenson III (*pro hac vice*)
   Texas State Bar No. 19196650
2  tstevenson@mckoolsmith.com
   MCKOOL SMITH, P.C.
3  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
4  Telephone: (214) 978-4000
   Fax: (214) 978-4044
5
   Kevin Burgess (*pro hac vice*)
6  Texas State Bar NO. 24006927
   kburgess@mckoolsmith.com
7  Pierre Hubert (*pro hac vice*)
   Texas State Bar No. 24002317
8  phubert@mckoolsmith.com
   MCKOOL SMITH, P.C.
9  300 W. 6th St., Suite 1700
   Austin, Texas 78701
10 Telephone: (512) 692-8700
   Fax: (512) 692-8744
11
   ***ATTORNEYS FOR PLAINTIFF***
12 ***UNWIRED PLANET LLC***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERRATA TO UNWIRED PLANET'S OPPOSITION TO APPLE'S MOTION TO TRANSFER - 3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **UNWIRED PLANET'S ERRATA TO UNWIRED PLANET'S OPPOSITION TO APPLE'S MOTION TO TRANSFER**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

Dated: March 12, 2013                    /s/ Merrilyn Marsh
                                                          An Employee of Watson Rounds