Theodore Stevenson III (*pro hac vice*)
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
300 Crescent Court, Suite 1500
MCKOOL SMITH, P.C.
Dallas, Texas 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

Kevin Burgess (*pro hac vice*)
Texas State Bar No. 2400069
kburgess@mckoolsmith.com
Pierre Hubert (*pro hac vice*)
Texas State Bar NO. 240023
phubert@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th St., Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

Michael D. Rounds
Nevada Bar No. 4734
mrounds@watsonrounds.com
Adam K. Yowell
Nevada Bar No. 11748
ayowell@watsonrounds.com
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Fax: (775) 333-8171

*Attorneys for Plaintiff*

**FILED** ☑  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 1 1 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNWIRED PLANET LLC, a Nevada limited liability company,<br><br>         Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>         Defendant. | Case No.: 3:12-CV-00505-RCJ-VPC<br><br>[PROPOSED] **ORDER GRANTING UNWIRED PLANET'S MOTION FOR LEAVE TO FILE DECLARATION, DEPOSITION TRANSCRIPT AND BRIEF UNDER SEAL** |

1     The Court is cognizant of the presumption in favor of public access to papers filed in the district court. *See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). Upon consideration of Unwired Planet's *Motion For Leave To File Declaration, Deposition Transcript, and Brief Under Seal*, Unwired Planet has demonstrated that the brief, declaration and deposition transcript at issue in the present motion contains information that is confidential and should not be made public. Therefore, the Court finds that Unwired Planet has satisfied its burden to show compelling reasons for filing the declaration and a limited portion of its brief referring to it under seal.

IT IS THEREFORE ORDERED that Unwired Planet's Motion to Seal is GRANTED.

IT IS SO ORDERED.

Dated: March 11, 2013

_____
United States ~~District~~ Judge
Magistrate